FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 7 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1   WO

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )   CR-05-777-PHX-EHC
                                           )
10                 Plaintiff,              )
                                           )
11  vs.                                    )
                                           )
12  Jose Ascencion Quintero-Cervantes,     )        **ORDER**
                                           )
13                 Defendant.              )
                                           )
14  _____)

15

16        A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on June 24, 2008.

18        **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21        **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

24        **IT IS ORDERED** that the Defendant shall be detained pending further order of the

25  court.

26        DATED this 27th day of June, 2008.

27                                                Lawrence O. Anderson
                                              United States Magistrate Judge
28